**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Lamar WASHINGTON, Defendant–**
**Appellant.**

**No. 09–30071**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Josette Louise Cassiere, Assistant U.S. Attorney, Mary J. Mudrick, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lamar Washington has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Washington has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to with-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

draw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.